# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| | : | No. 22-cr-465 |
| v. | : | |
| | : | |
| JOHN FRANCES GRIFFIN | : | |
| | : | |

## ORDER

**AND NOW**, this **2nd day of May 2024**, upon consideration of the Government's Motion to Introduce Evidence of Defendant's Prior Tax Misconduct Pursuant to Rule 404(b) (ECF No. 39), Defendant's Response in Opposition (ECF No. 43), the parties' representations before the Court at the hearing held on April 8, 2024 (ECF No. 44), Defendant's Proposed Stipulation (ECF No. 52), and the Government's Response to Defendant's Proposed Stipulation (ECF No. 53), it is hereby **ORDERED** that the Motion (ECF No. 39) is **GRANTED**, and the Government may introduce Defendant's prior guilty plea, judgment, and related documents at trial.

BY THE COURT:

/s/ Chad F. Kenney

_____

**CHAD F. KENNEY, JUDGE**